# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SERGIO IVAN GARCIA PRIETO,

Petitioner,

v.

WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-05183-KES-EPG-HC

ORDER DIRECTING RESPONDENT TO FILE NOTICE WHETHER APPEAL HAS BEEN FILED

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 23, 2026, the undersigned issued findings and recommendation to grant the petition and provide Petitioner with a bond hearing. (ECF No. 10.) On August 5, 2026, Respondents filed a notice that a removal order was issued on August 5, 2026 and all parties waived appeal. (ECF No. 11.) On August 6, 2026, Respondents filed objections to the findings and recommendation, arguing that "[a]s of August 5, 2026, when the removal order became administratively final, 8 U.S.C. § 1231 governs custody, and detention during the 90-day removal period (through November 3, 2026) is mandatory." (ECF No. 12 at 1.)

The Board of Immigration Appeals and the Ninth Circuit retain jurisdiction to review whether a waiver of the right to appeal was done knowingly and intelligently. See Biwot v. Gonzales, 403 F.3d 1094, 1098 (9th Cir. 2005); In re Rodriguez-Diaz, 22 I. & N. Dec. 1320,

1322–23 (BIA 2000). A review of the Executive Office of Immigration Review's Automated Case Information System indicates that an appeal is due by September 3, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 13, 2026).

Accordingly, to allow the Court to properly evaluate the applicable detention authority in this matter, Respondent SHALL FILE a notice indicating whether an appeal has been filed by September 10, 2026.

IT IS SO ORDERED.

Dated: **August 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE