# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SERGIO IVAN GARCIA PRIETO,

Petitioner,

v.

WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-05183-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE ON RESPONDENTS' MOTION TO LIFT NO-TRANSFER ORDER

(ECF No. 16)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 23, 2026, the undersigned issued findings and recommendation to grant the petition and provide Petitioner with a bond hearing. (ECF No. 10.) On August 5, 2026, Respondents filed a notice that a removal order was issued on August 5, 2026 and all parties waived appeal. (ECF No. 11.) On August 13, 2026, the Court ordered Respondents to file a notice by September 10, 2026 regarding whether Petitioner filed an appeal of the removal order because the "Board of Immigration Appeals and the Ninth Circuit retain jurisdiction to review whether a waiver of the right to appeal was done knowingly and intelligently." (ECF No. 14.)

On August 16, 2026, Respondents filed a motion "to modify or dissolve the order barring transfer or removal" because "Petitioner is subject to a final order of removal." (ECF No. 16 at 1.) However, as set forth in this Court's previous order, (ECF No. 14), the Board of Immigration

Appeals and the Ninth Circuit retain jurisdiction to review whether a waiver of the right to appeal was done knowingly and intelligently. See Biwot v. Gonzales, 403 F.3d 1094, 1098 (9th Cir. 2005); In re Rodriguez-Diaz, 22 I. & N. Dec. 1320, 1322–23 (BIA 2000). A review of the Executive Office of Immigration Review's Automated Case Information System indicates that an appeal is due by September 3, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 17, 2026). Therefore, it appears that Petitioner is not subject to a final order of removal given that the time to appeal has not yet expired.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Petitioner SHALL FILE a response to Respondents' motion to lift no-transfer order (ECF No. 16) and indicate whether Petitioner has filed or plans to file an appeal of the immigration judge's August 5, 2026 removal order; and
2. Within seven (7) days of the date Petitioner's response is filed in CM/ECF, Respondents MAY FILE a reply.

IT IS SO ORDERED.

Dated: **August 17, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE